## Stoever *against* Immell.

An order of the court approving and receiving a bond from a surviving trustee of an insolvent debtor, conditioned for the discharge of his duty, is not examinable in the supreme court.

A proceeding which is imperfect when the act of assembly under which it was begun expires, cannot be perfected: what is done afterwards is void.

APPEAL from the common pleas of *Dauphin* county.

In 1810, *Frederick Stoever* was discharged as an insovent debtor, and *Michael Steckbeck, Leonard Immell* and *Anthony Kelker* were appointed his assignees. In 1830, the creditors applied to the court to permit and direct a bond to be given and filed by *Leonard Immell,* the surviving trustee, conditioned for the faithful discharge of his duty, which was objected to, and the objections overruled and the bond given, from which order the administrators of *Tobias Stoever* appealed, and removed the record by *certiorari.*

*Hopkins* and *Elder,* for appellants, cited act of 4th April 1798. 1 *W. Black.* 451; 3 *Burr.* 1457; 6 *Binn.* 455; 6 *Cra.* 329; 7 *Wheat.* 550; 1 *Cra.* 282; 4 *Dall.* 378; 4 *Yeates* 392; 10 *Serg. &. Rawle* 436; 11 *Serg. & Rawle* 325; 5 *Serg. & Rawle* 549.

*Fisher* and *J. A. Fisher,* contra, were stopped by the court.

PER CURIAM.—If the proceeding were imperfect when the act under which it was begun expired, what has been done since is simply void, and needs no reversal. It has, however, not been thought to be directly examinable here. The books show no instance of it, and we are satisfied the present attempt cannot be sustained.

Writ of *certiorari* quashed.